# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

GARY CRAWFORD                                                                                          PETITIONER

v.                                          NO. 5:11CV00222 JLH

RAY HOBBS, Director of the
Arkansas Department of Correction                                                          RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 29th day of November, 2011.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE