**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

GARY CRAWFORD                                                                                    PETITIONER

v.                                          NO. 5:11CV00222 JLH

RAY HOBBS, Director of the
Arkansas Department of Correction                                                 RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered

dismissing this petition for writ of habeas corpus without prejudice.  The relief sought is denied.

The certificate of appealability is denied.

IT IS SO ORDERED this 29th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE