IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GARY CRAWFORD
ADC #129963                                                               PETITIONER

v.                              No. 5:11-cv-222-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction*                                          RESPONDENT

ORDER

Motion, *Doc. 24*, granted.   As Magistrate Young noted in his 2011 recommendation, Crawford must seek and get permission from the United States Court of Appeals for the Eighth Circuit before filing a second or successive *habeas* petition challenging his 2004 conviction and sentence.   *Doc. 17 at 2–3*;   28 U.S.C. § 2244(b)(3)(A).   That Court's address is as follows:

> United States Court of Appeals for the Eighth Circuit
> Thomas F. Eagleton Courthouse
> 111 South 10th Street
> Room 24.329
> St. Louis, Missouri 63102

---

* Dexter Payne is the Director of what is now known as the Arkansas Division of Correction.   The Court directs the Clerk to update the docket.   FED. R. CIV. P. 25(d).

The Court directs the Clerk to send Crawford another copy of Magistrate Judge Young's recommendation, *Doc. 17*, and Judge Holmes's Order adopting it, *Doc. 21*.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 November 2020